BOARD OF EDUCATION OF THE BOROUGH OF FAIR LAWN, A PUBLIC CORPORATE BODY OF THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MAYOR AND COUNCIL OF THE BOROUGH OF FAIR LAWN, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued October 31, 1977—Decided November 15, 1977.

Before Judges FRITZ, BOTTER and ARD.

*Mr. Jack Ballan* argued the cause for appellants.

*Mr. Reginald F. Hopkinson* argued the cause for respondent (*Messrs. Jeffer, Walter, Tierney, DeKorte, Hopkinson & Vogel,* attorneys).

Per Curiam. We affirm the judgment below, substantially for the reasons set forth by Judge Pressler in her opinion appearing at 143 *N. J. Super.* 259 (Law Div. 1976).

Defendant's belated motion to expand the record is denied. Affirmed.